# UNITED STATES DISTRICT COURT

____SOUTHERN____ DISTRICT OF ____CALIFORNIA____

In the Matter of the Search of

Motorola I560 Mobile Telephone
Model No.: I560
Serial No: Removed (scratched off)
Battery Serial No.: SNN5705C
(Benjamin CORTEZ)

Nokia Mobile Telephone
Model No.: 3500B
Serial No.: IMEI: 358665/01/552432/3
(Benjamin CORTEZ)

Samsung Mobile Telephone
Model No.: SGH-T219S
Serial No.: RU7Q111679N
(Dimas ALCARAZ-Preciado)

Samsung Mobile Telephone
Model No.: SGH-E236
Serial No.: RC1P979673H
(Sergio MARES-Guerrero)

Samsung Mobile Telephone
Model No.: SGH-4707
Serial No.: RVWP734069W
(Sergio MARES-Guerrero)

FILED

08 JUL -2 AM 10: 59

**SEARCH WARRANT**

CASE NUMBER:
BY:        08 MJ 1957

TO: __Joel M. Dolloff__ and any Authorized Officer of the United States

Affidavit having been made before me by Joel M. Dolloff who has reason to believe that on the premises known as

     See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

     See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or
     property so described is now concealed on the person or premises above-described and establish
     grounds for the issuance of this warrant based on alleged violations of: (1) Title 21, United States
     Code, Sections 952 and 960, importation of a controlled substance, and (2) Title 21, United States
     Code, Sections 841 (a)(1), Possession of a controlled substance with intent to distribute, (3) Title 21
     United States Code Section 846, attempt and conspiracy.

//

YOU ARE HEREBY COMMANDED to seize on or before _July 6, 2008_
                                                                           Date

(not to exceed 10 days) the property specified above and deliver said property to forensic examiners for examination, which exam is to be completed within 90 days from the date of seizure unless further authorization is obtained from this Court, at any time in the day or night as I find reasonable cause has been established, and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>Louisa S. Porter, United States Magistrate Judge</u>   as required by law.

               United States District Court Judge or United States Magistrate Judge

<u>6/26/08    9:30 AM</u> at    <u>San Diego, CA</u>
Date and Time Issued                    City and State

<u>Louisa S. Porter, United States Magistrate Judge</u>   <u>/s/ Louisa Porter</u>
Name and Title of Judicial Officer                Signature of Judicial Officer

## ATTACHMENT A
## FIVE MOBILE TELEPHONES

Motorola I560 Mobile Telephone
Model No.: I560
Serial No: Removed (scratched off)
Battery Serial No.: SNN5705C
(Benjamin CORTEZ)

Nokia Mobile Telephone
Model No.: 3500B
Serial No.: IMEI: 358665/01/552432/3
(Benjamin CORTEZ)

Samsung Mobile Telephone
Model No.: SGH-T219S
Serial No.: RU7Q111679N
(Dimas ALCARAZ-Preciado)

Samsung Mobile Telephone
Model No.: SGH-E236
Serial No.: RC1P979673H
(Sergio MARES-Guerrero)

Samsung Mobile Telephone
Model No.: SGH-4707
Serial No.: RVWP734069W
(Sergio MARES-Guerrero)

These telephones are currently in the possession of U.S. ICE, 2255 Niels Bohr Court, San Diego, California 92154.

## ATTACHMENT "B"
## ITEMS TO BE SEIZED

1. The phone numbers and/or direct connect and/or names and identities assigned to the cellular phones;

2. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names, and identities stored in the directories;

3. Phone numbers and direct connect numbers dialed from the cellular phones and stored in memory;

4. The last number dialed from the cellular phones and;

5. Any other electronic information in the stored memory of the cellular phones, relating to violations of: (1) Title 21, United States Code, Sections 952 and 960, importation of a controlled substance, and (2) Title 21, United States Code, Sections 841 (a)(1), Possession of a controlled substance with intent to distribute, (3) Title 21 United States Code Section 846, attempt and conspiracy.

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/26/08 | 6/26/08 10:20 Am | AUSA's office for delivery to defense attorneys |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Motorola I560 Mobile Telephone
   Model # I560  — Ben Cortez

2. Nokia mobile telephone
   Model # 3500B
   SSN  IMEI: 358665/01/552432/3  — Ben Cortez

3. Samsung Mobile phone
   Model #: SGH-T219S
   SSN  RU7Q11679N  — Dimas Alcaraz

4. Samsung Mobile phone
   Model #: SGH-E236
   Serial # RC1P979673H  — Sergio Mares

5. Samsung Mobile Telephone
   Model # SGH-4707
   SSN: RVNP734069W  — Sergio Mares

All phones have been turned over to ICE Cyber Forensics for forensic Examination

6/26/08  [signature] SA ICE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]  7/2/08

Subscribed, sworn to, and returned before me this date.

7/2/08

[signature] U.S. Judge or Magistrate    7/2/08  Date